JOHN L. CREECH v. JOHN E. SMITH.

Land—Parol Sale—Purchase Money Refunded.

A party having sold, by parol, more land than was embraced in his deed and there being no memorandum by which his heirs could be charged, the purchase money having been paid, its value should have been ascertained and the amount deducted from the price of the land to which decedant had title.

APPEAL FROM HARLAN CIRCUIT COURT.

December 13, 1867.

OPINION OF THE COURT BY JUDGE WILLIAMS:

It is manifest from the proof that Henry J. Creech sold by parol, to appellant more land than is embraced in the deed of Penington to the latter, as said deed only includes the land sold Penington to H. J. Creech, the purchase money for which was paid by appellant to Penington as per agreement between H. J. and J. L. Creech.

H. J. Creech having died without executing any memorandum by which he or his heirs can be charged as to this land its value whatever it may be should be ascertained and deducted from the note sued on, unless appellee should establish by evidence the allegations of his response that he was induced to purchase said

note by appellant; no such evidence now being in the case this allegation is unsustained.

As the record now stands the court erred in giving judgment for the remainder of the note deducting the credit and the judgment is reversed for further proceedings.

*James, for Appellant.*

*Dishman, for Appellee.*